# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Labayog v. Labayog; Estate of La-bayog, In re .................... | 16096, 16310 | 10/4/96 | Denied | 83 Hawai'i 412, 927 P.2d 420 |